Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| # | Field | Value |
|---|---|---|
| 1. | Debtor's name | David Harvey Fine Jewelers, LLC |
| 2. | All other names debtor used in the last 8 years. Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-1813701 |

4. Debtor's address

**Principal place of business**

995 Post Rd.
Darien, CT 06820
Number, Street, City, State & ZIP Code

Fairfield
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL): _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **David Harvey Fine Jewelers, LLC**     Case number (*if known*) _____
      Name

7. **Describe debtor's business**     A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

        ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | | Relationship |
    |---|---|---|
    | District _____ | When _____ | Case number, if known _____ |

Debtor  **David Harvey Fine Jewelers, LLC** _____   Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☒ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **David Harvey Fine Jewelers, LLC**
        Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X _/s/ [signature]_
Signature of authorized representative of debtor

**Jeffrey Roseman**
Printed name

Title  **President, David Harvey Jewelers Inc., sole member**

**18. Signature of attorney**

X _/s/_
Signature of attorney for debtor

Date  **3/22/19**
MM / DD / YYYY

**Scott M. Charmoy**
Printed name

**Charmoy & Charmoy**
Firm name

**1700 Post Road, Suite C-9**
**Fairfield, CT 06824-5726**
Number, Street, City, State & ZIP Code

Contact phone  **203-255-8100**      Email address  **scottcharmoy@charmoy.com**

**15889 CT**
Bar number and State

## STATEMENT PURSUANT TO §1116(1)(A)

Debtor is a wholly owned subsidiary of David Harvey Jewelers, Inc. Debtor does not file its own return, but said corporation files a consolidated return that includes the Debtor's tax information. Debtor does not prepare a cash flow statement. Debtor attaches the most recent balance sheet and statement of operations that were reviewed by its accountants, extracted from consolidated financial statements.

*[signature]*

Jeffrey Roseman
President, David Harvey Jewelers, Inc.
Sole Member
Duly Authorized

# DAVID HARVEY JEWELERS, INC. AND SUBSIDIARY
## CONSOLIDATING BALANCE SHEET
### September 30, 2017

### Assets

|  | David Harvey Fine Jewelers, LLC | |
|---|---:|---:|
| **Current assets** | | |
| Cash | $ 17,502 | |
| Due from related party | - | |
| Inventory | 2,223,499 | |
| Loans receivable - officer | 265,438 | |
| Loans receivable - shareholder | 156,281 | |
| Deferred tax asset | - | |
| Prepaid expenses and other current ass | 19,029 | |
| **Total current assets** | 2,681,749 | |
| | | |
| **Fixed assets** | | |
| Land | - | |
| Buildings | 419,521 | |
| Furniture and equipment | 560,213 | |
| Store renovations | - | |
| Computer software | 27,289 | |
| Accumulated depreciation | ( 443,798 ) | |
| | 563,225 | |
| | | |
| **Other assets** | | |
| Organization and start up costs | 37,238 | |
| Accumulated amortization | ( 36,578 ) | |
| | 660 | |
| | | |
| **Total assets** | $ 3,245,634 | |

### Liabilities and equity

|  | | |
|---|---:|---:|
| **Current liabilities** | | |
| Lines of credit | $ 334,288 | $ - |
| Current portion of long-term debt | 105,461 | - |
| Due to related party | 825,690 | ( 825,690 ) |
| Accounts payable | 596,603 | - |
| Accrued expenses | 205,797 | - |
| **Total current liabilities** | 2,067,839 | ( 825,690 ) |
| | | |
| **Long-term liabilities** | | |
| Long-term debt, net of current portion | 419,378 | - |
| Less: financing costs, net | ( 19,900 ) | - |
| Deferred income taxes | 1,024 | - |
| | 400,502 | - |
| **Equity** | | |
| Common stock | - | - |
| Retained earnings | - | - |
| Member's equity | 777,293 | - |
| | 777,293 | - |
| | | |
| **Total liabilities and equity** | $ 3,245,634 | $ ( 825,690 ) |

# DAVID HARVEY JEWELERS, INC. AND SUBSIDIARY
## CONSOLIDATING STATEMENT OF OPERATIONS
Year Ended September 30, 2017

|  | David Harvey Fin Jewelers, LLC |
|---|---:|
| **Sales** | |
| Merchandise | $ 2,734,129 |
| Repair sales | 612,199 |
|  | 3,346,328 |
| **Cost of sales** | |
| Merchandise and repairs | 1,829,647 |
| Freight and parcel post | 37,343 |
| Boxes and supplies | 8,288 |
| Direct labor | 117,943 |
|  | 1,993,221 |
| **Gross margin** | 1,353,107 |
| **Operating expenses** | 1,083,178 |
| **Income (loss) from operat** | 269,929 |
| **Income tax expense (benefit)** | 118,536 |
| **Net income (loss)** | $ 151,393 |

## RESOLUTION OF THE MEMBER OF DAVID HARVEY FINE JEWELERS, LLC

**RESOLVED,** that in the judgment of the Member of David Harvey Fine Jewelers, LLC, it is desirable and in the best interests of the Limited Liability Company, its creditors, members and other interested parties, that the Company file a petition under Chapter 11 of the Bankruptcy Code, and that said petition shall be filed; and it is further

**RESOLVED,** that the member of this Company and/or its agents are hereby authorized to 1) execute, deliver and file any and all petitions, schedules, statement of affairs, amendments, applications for retention and compensation, motions to sell real estate, and any and all other documents reasonably necessary to file such Chapter 11 bankruptcy petition, conduct the Chapter 11 case, prosecute actions related to said Chapter 11 case, file and confirm the Chapter 11 plan, and/or otherwise related to said Chapter 11 case; 2) retain professionals related to said Chapter 11 case, including legal counsel, deemed necessary and appropriate; and 3) to pay any fees and expenses related to said Chapter 11 case and otherwise take or cause to be taken any and all actions reasonably necessary to consummate the Chapter 11 case and/or carry out the purposes of this resolution, and it is further

**RESOLVED,** that the member of this Company and/or its agents are hereby authorized to retain the law firm of Charmoy & Charmoy to represent the Company as a Debtor and Debtor in Possession in connection with the contemplated Chapter 11 bankruptcy case, and it is further

**RESOLVED,** that any actions or transactions taken by the member of this Company and/or its agents in connection with the matters described herein previous to the effective date of this resolution are hereby ratified, confirmed and approved.

3/22/19
Date

Jeffrey Roseman
President, David Harvey Jewelers, Inc.
Sole Member
Duly Authorized

**Fill in this information to identify the case:**

Debtor name: **David Harvey Fine Jewelers, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/25/19         X  /s/ Jeffrey Roseman
                                  Signature of individual signing on behalf of debtor

                                  **Jeffrey Roseman**
                                  Printed name

                                  **President, David Harvey Jewelers Inc., sole member**
                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | David Harvey Fine Jewelers, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David Harvey Jewelers Inc. 51 Wall Street Norwalk, CT 06850 | | Intercomany transfers | | | | $862,798.74 |
| TDBank Attn: Pres., Office Mgr or Acct Rep P.O. Box 5600 Lewiston, ME 04243-5600 | | Furntiure, fixtures, and equipment - value estimated based on cost, subject to appraisal | | $278,868.24 | $560,213.00 | $278,868.24 |
| TDBank Attn: Pres., Office Mgr or Acct Rep P.O. Box 5600 Lewiston, ME 04243-5600 | | Furntiure, fixtures, and equipment - value estimated based on cost, subject to appraisal | | $669,184.49 | $560,213.00 | $108,971.49 |
| Martin Flyer Jewelry LLC Attn: Pres, Office Mgr or Acct Rep. 70 W. 36th St., 6th Floor New York, NY 10018 | | Goods sold | | | | $76,503.00 |
| Department of Revenue Services Collections Unit Bankruptcy Team 450 Columbus Blvd., Ste. 1 Hartford, CT 06103-1837 | | Sales and Use Taxes | | | | $47,201.99 |
| Bluevine Attn: Pres., Offce Mgr., Acct. Rep. 401 Warren Street Redwood City, CA 94063 | | All assets | Disputed | $46,000.00 | $0.00 | $46,000.00 |

Debtor   **David Harvey Fine Jewelers, LLC**
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jeffrey Roseman  199 Green Acre Lane  Fairfield, CT 06824 | | Business loan | | | | $33,000.00 |
| ADA Jewelry, LLC  Attn: Pres, Office Mgr or Acct Rep  50 West 47th St., Ste. 1717  New York, NY 10036 | | Goods sold | | | | $31,231.00 |
| KC Designs  Attn: Pres, Office Mgr or Acct Rep.  64 West 48th St., Ste. 1005  New York, NY 10036 | | Goods sold | | | | $28,768.00 |
| Hearst Media Services  Attn: Pres, Office Mgr or Acct Rep  P.O. Box 80064  Prescott, AZ 86304-8064 | | Business Debt - Services | | | | $23,052.82 |
| Frederique Constant  Attn: Pred, Office Mgr or Acct Rep.  700 W. Hillsboro Blvd., Ste. 2-102  Deerfield Beach, FL 33441 | | Goods sold | | | | $21,696.50 |
| Bernard's Jewelry Group, Inc.  Attn: Pres, Office Mgr or Acct Rep.  333 Washington St.  Boston, MA 02108 | | Goods sold | | | | $21,184.00 |
| Adam House  Attn: Pres, Office Mgr or Acct Rep  605 Ridgefield Rd.  Wilton, CT 06897 | | Business Debt - Services | | | | $20,636.62 |
| Forevermark  Attn:  Pres., Ofc Mgr., or Acct. Rep.  P.O. Box 934  Port Chester, NY 10573 | | Business Debt - Services | Disputed | | | $20,000.00 |

Debtor  **David Harvey Fine Jewelers, LLC**
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lili Diamonds U.S.A., Ltd<br>Attn: Pres, Office Mgr or Acct Rep.<br>580 5th Avenue, Ste. 2500<br>New York, NY 10036 | | Goods sold | | | | $15,150.00 |
| Charles Krypell<br>Attn: Pres, Office Mgr or Acct Rep.<br>22 West 48th St., Ste. 801<br>New York, NY 10036 | | Goods sold | | | | $14,124.45 |
| Chrono Tech<br>Attn: Pres, Office Mgr or Acct Rep.<br>606 Post Road East, Ste. 513<br>Westport, CT 06880 | | Business Debt - Services | | | | $13,088.00 |
| Shinola/Detroit LLC<br>Attn: Pres, Office Mgr or Acct Rep.<br>485 W. Milwaukee St., Ste. 501<br>Detroit, MI 48202 | | Goods sold | | | | $12,184.84 |
| M.K. Diamonds & Jewelry<br>Attn: Pres, Office Mgr or Acct Rep.<br>606 S, Olive St., Ste. 900<br>Los Angeles, CA 90014 | | Goods sold | | | | $11,367.37 |
| Midas Touch<br>Attn: Pres., Office Mgr or Acct Rep.<br>51 Narathiwat Rd<br>Chong Nonsi<br>Yannawa<br>Bangkok Thailand 10120 | | Goods sold | | | | $10,435.00 |

# United States Bankruptcy Court
## District of Connecticut

In re   **David Harvey Fine Jewelers, LLC**          Case No. _____
                                    Debtor(s)        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President, David Harvey Jewelers Inc., sole member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __3/22/19__          _____
                             Jeffrey Rossman/President, David Harvey Jewelers Inc., sole member
                             Signer/Title

ADA Jewelry, LLC
Attn: Pres, Office Mgr or Acct Rep
50 West 47th St., Ste. 1717
New York, NY 10036

Adam House
Attn: Pres, Office Mgr or Acct Rep
605 Ridgefield Rd.
Wilton, CT 06897

Bernard's Jewelry Group, Inc.
Attn: Pres, Office Mgr or Acct Rep.
333 Washington St.
Boston, MA 02108

Bluevine
Attn: Pres., Offce Mgr., Acct. Rep.
401 Warren Street
Redwood City, CA 94063

Carla Corporation
Attn: Pres, Office Mgr or Acct Rep.
33 Sutton Ave.
P.O. Box 14192
East Providence, RI 02914-0192

Charles Krypell
Attn: Pres, Office Mgr or Acct Rep.
22 West 48th St., Ste. 801
New York, NY 10036

Chrono Tech
Attn: Pres, Office Mgr or Acct Rep.
606 Post Road East, Ste. 513
Westport, CT 06880

Color Source Gems
Attn: Pres, Office Mgr or Acct Rep.
2 West 46th St., Ste. 501
New York, NY 10036

Corporation Service Co.
Attn: Mitchell J. Devack, Esq.
801 Adlai Stevenson Dr.
Springfield, IL 62703

Darien Rowayton Bank
Attn: Pres or Office Mgr
19 Corbin Drive
Darien, CT 06820


David Harvey Jewelers Inc.
51 Wall Street
Norwalk, CT 06850


Department of Revenue Services
Collections Unit Bankruptcy Team
450 Columbus Blvd., Ste. 1
Hartford, CT 06103-1837


Downeast Trading
Attn: Pres, Office Mgr or Acct Rep.
P.O. Box 349
Middlebury, VT 05753


Eversource
Attn: Billing Dept.
P.O. Box 650032
Dallas, TX 75265-0032


Fish Window Cleaning
Attn: Pres, Office Mgr or Acct Rep
P.O. Box 934
Port Chester, NY 10573


Forevermark
Attn:  Pres., Ofc Mgr., or Acct. Rep.
P.O. Box 934
Port Chester, NY 10573


Frederique Constant
Attn: Pred, Office Mgr or Acct Rep.
700 W. Hillsboro Blvd., Ste. 2-102
Deerfield Beach, FL 33441


Gem Wave, Inc.
Attn: Pres, Office Mgr or Acct Rep.
36 West 44th St., #1103
New York, NY 10036

Hadley Roma
Attn: Pres, Office Mgr or Acct Rep.
P.O. Box 1130
Largo, FL 33779


Hearst Media Services
Attn: Pres, Office Mgr or Acct Rep
P.O. Box 80064
Prescott, AZ 86304-8064


Herend
Attn: Pres, Office Mgr or Acct Rep.
P.O. Box 1178
Sterling, VA 20167


HIPC USA LLC
Attn: Pres, Office Mgr or Acct Rep.
6 Creeping Hemlock Dr.
Norwalk, CT 06851


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Jeffrey Roseman
199 Green Acre Lane
Fairfield, CT 06824


JustPerfectMSP Ltd.
Attn: Pres, Office Mgr or Acct Rep.
48 West 48th , Ste. 401
New York, NY 10036


KC Designs
Attn: Pres, Office Mgr or Acct Rep.
64 West 48th St., Ste. 1005
New York, NY 10036


Laura Gold Becker, Esq.
Becker Law Office, LLC
5 Centerbrook Court
Avon, CT 06001

Laurel Road Bank
Attn: Accounting Dept.
1001 Post Road East
Darien, CT 06820


Lifetime Brands
Attn: Pres, Office Mgr or Acct Rep.
Dept Ch 17745
Palatine, IL 60055-7745


Lili Diamonds U.S.A., Ltd
Attn: Pres, Office Mgr or Acct Rep.
580 5th Avenue, Ste. 2500
New York, NY 10036


M.K. Diamonds & Jewelry
Attn: Pres, Office Mgr or Acct Rep.
606 S, Olive St., Ste. 900
Los Angeles, CA 90014


Martin Flyer Jewelry LLC
Attn: Pres, Office Mgr or Acct Rep.
70 W. 36th St., 6th Floor
New York, NY 10018


Midas Touch
Attn: Pres., Office Mgr or Acct Rep.
51 Narathiwat Rd
Chong Nonsi Yannawa
Bangkok Thailand 10120


Moffly Publications, Inc.
Attn: Pres, Office Mgr or Acct Rep.
205 Main St.
Westport, CT 06880


Moore Wallce dba RR Donnelley
Attn: Pres, Office Mgr or Acct Rep.
7810 Solution Center
Chicago, IL 60677-7008


Premier Gem Corp.
Attn: Pres, Office Mgr or Acct Rep
529 Fifth Avenue, 20th Floor
New York, NY 10017

Rembrandt Charms
Attn: Pres, Office Mgr or Acct Rep.
370 S. Youngs Rd.
Buffalo, NY 14221


Ross Metals
Attn: Pres, Office Mgr or Acct Rep.
54 West 47th St.
New York, NY 10036


Rudolf Friedman
Attn: Pres, Office Mgr or Acct Rep.
42 West 48th St., Ste. 1102
New York, NY 10036


SF Pearl & Jewelry Ltd.
Attn: Pres, Office Mgr or Acct Rep.
295 Grand View Rd.
East Greenwich, RI 02818


Shinola/Detroit LLC
Attn: Pres, Office Mgr or Acct Rep.
485 W. Milwaukee St., Ste. 501
Detroit, MI 48202


Staples, Inc.
Attn: Billing Dept.
P.O. Box 70242
Philadelphia, PA 19176-0242


Stoll & Co.
Attn: Pres, Office Mgr or Acct Rep.
1801 South Metro Parkway
Dayton, OH 45459


TDBank
Attn: Pres., Office Mgr or Acct Rep
P.O. Box 5600
Lewiston, ME 04243-5600


YP, LLC
Attn: Pres, Office Mgr or Acct Rep
P.O. Box 5010
Carol Stream, IL 60197